# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LEIGH J. HARRIS & SUSAN M. HOLLAND HARRIS           Case Number: 08-73785
1733 ROLLING HILLS DRIVE           SSN-xxx-xx-0190 & xxx-xx-9293
CRYSTAL LAKE, IL  60014

Case filed on: 11/21/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LEIGH J. & SUSAN M. HARRIS (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LEIGH J. HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | TAYLOR BEAN & WHITAKER MORTGAGE | 48,000.00 | 48,000.00 | 0.00 | 0.00 |
| 002 | GMAC | 2,354.49 | 2,354.49 | 0.00 | 0.00 |
| 003 | DELAWARE PLACE BANK | 12,021.42 | 12,000.00 | 0.00 | 0.00 |
|  | Total Secured | 62,375.91 | 62,354.49 | 0.00 | 0.00 |
| 003 | DELAWARE PLACE BANK | 0.00 | 21.42 | 0.00 | 0.00 |
| 004 | FIA CARD SERVICES aka BANK OF AMERICA | 7,645.42 | 7,645.42 | 0.00 | 0.00 |
| 005 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | TARGET NATIONAL BANK | 6,984.60 | 6,984.60 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 451.10 | 451.10 | 0.00 | 0.00 |
| 008 | MACYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 4,446.21 | 4,446.21 | 0.00 | 0.00 |
| 010 | ROUNDUP FUNDING LLC | 587.53 | 587.53 | 0.00 | 0.00 |
| 011 | CHILDRENS PLACE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BCR | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHASE BANK USA NA | 1,304.55 | 1,304.55 | 0.00 | 0.00 |
| 015 | CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 21,419.41 | 21,440.83 | 0.00 | 0.00 |
|  | Grand Total: | 83,795.32 | 83,795.32 | 0.00 | 0.00 |

Total Paid Claimant:         $0.00
Trustee Allowance:           $0.00           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00            discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009           By  /s/Heather M. Fagan